# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAEID KANGARLOU,
           Appellant,
      vs.
CICI'S ENTERPRISE, LP; CICI'S PIZZA;
BILL BADD; AND BILLY M&M
INCORPORATED,
           Respondents.

No. 79766

FILED

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a ruling by the alternative dispute resolution commissioner on an objection to arbitrator's bill for fees and costs. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Review of the notice of appeal reveals a jurisdictional defect. This court may only consider appeals that are authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal to this court from a ruling by the alternative dispute resolution commissioner on an objection to arbitrator's bill for fees and costs. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-46938

cc:    Hon. Nancy L. Allf, District Judge
        Saeid Kangarlou
        Hawkins Melendrez, P.C.
        Eighth District Court Clerk